B18W (Form 18W)(08/07)

# United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

**Case Number**  08−35428−KRH
**Chapter**  13

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James R Taylor Sr.                          Jean M Taylor
2204 Brockway Lane                          2204 Brockway Lane
Richmond, VA 23223                          Richmond, VA 23223

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):
Debtor: xxx−xx−7338                          Joint Debtor:  xxx−xx−6817

Employer Tax−Identification (EIN) No(s).(if any):
Debtor:  NA                                  Joint Debtor:  NA

## DISCHARGE OF JOINT DEBTORS AFTER COMPLETION OF CHAPTER 13 PLAN

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

James R Taylor Sr. and Jean M Taylor are granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated:  August 20, 2013                          William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18W (08/07)*

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 08-35428-KRH
James R Taylor                                                            Chapter 13
Jean M Taylor
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: mullert          Page 1 of 3          Date Rcvd: Aug 20, 2013
                              Form ID: B18W          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2013.
```
db/jdb       +James R Taylor, Sr.,   Jean M Taylor,   2204 Brockway Lane,   Richmond, VA 23223-2526
cr           +Countrywide Home Loans, Inc.,   Samuel I. White, P.C.,   1804 Staples Mill Road,
              Richmond, VA 23230-3530
cr           +SELECT PORTFOLIO SERVICING, INC.,   PO Box 65250,   Salt Lake City, UT 84165-0250
8548936      +Bna Financial Bureau,   8000 Safari Dr,   Smyrna, TN 37167-6605
8548938      +Cash-2-U Payday Loans 13,   3131 Mechanicsville Turnpike,   Richmond, VA 23223-1722
8548940      +Check'n'Go,   7081 Mechanicsville Turnpike,   Suite 208C,   Mechanicsville, VA 23111-3609
8548942      +Countrywide,   450 American St,   Simi Valley, CA 93065-6285
8615171       Countrywide Home Loans, Inc.,   7105 Corporate Drive,   PTX-B-209,   Plano, TX 75024-4100
8548946      +Glasser & Glasser,   Crown Center, Suite 600,   580 East Main Street,   Norfolk, VA 23510-2306
8548947      +Home Furnish,   5324 Va Beach Rd,   Virginia Beach, VA 23462-1828
8548951      +New Generations,   1700 Robin Hood Rd,   Richmond, VA 23220-1012
11406775     +Select Portfolio Servicing, Inc. as Age,   3815 South West Temple,
              Salt Lake City, UT 84115-4412
8672447      ++WACHOVIA DEALER SERVICES INC,   BK DEPARTMENT,   PO BOX 19657,   IRVINE CA 92623-9657
              (address filed with court: WACHOVIA DEALER SERVICES,   PO BOX 19657,   IRVINE, CA  92623-9657)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
8598563      +E-mail/Text: bankruptcynotices@aisservicesllc.com Aug 21 2013 02:28:45    AIS Services, LLC,
              8996 Miramar Road,   Suite 220,   San Diego, CA 92126-4451
8657599      +Fax: 864-336-7400 Aug 21 2013 03:10:31    Advance America,   135 North Church Street,
              Spartanburg, SC 29306-5138
8548930      +Fax: 864-336-7400 Aug 21 2013 03:10:31    Advance America,   6100  W Broad St.,   Suite B,
              Richmond, VA 23230-2214
8548931      +E-mail/Text: bankruptcynotices@aisservicesllc.com Aug 21 2013 02:28:45    Ais Services,
              50 California St,   San Francisco, CA 94111-4619
8548934      +EDI: HFC.COM Aug 21 2013 02:19:00    Benfcl/Hfc,   Pob 1547,   Chesapeake, VA 23327-1547
8548935       EDI: BANKAMER.COM Aug 21 2013 02:19:00    Bk Of Amer,   4060 Ogletown/Stan,
              Newark, DE 19713-0000
8733978       EDI: CAPITALONE.COM Aug 21 2013 02:19:00    CAPITAL ONE BANK (USA), N.A.,
              C/O TSYS DEBT MANAGEMENT (TDM),   PO BOX 5155,   NORCROSS, GA  30091
8548937      +EDI: CAPITALONE.COM Aug 21 2013 02:19:00    Cap One,   Pob 30281,
              Salt Lake City, UT 84130-0281
8548939      +E-mail/Text: heatherg@checkcity.com Aug 21 2013 02:28:29    Check City,   2729 B West Broad St,
              Richmond, VA 23220-1905
8548943      +EDI: HFC.COM Aug 21 2013 02:19:00    Direct Merchants Bank,   Cardmember Services,
              P.O. Box 5250,   Carol Stream, IL 60197-5250
8548944      +EDI: AMINFOFP.COM Aug 21 2013 02:18:00    Fst Premier,   3820 N Louise Ave,
              Sioux Falls, SD 57107-0145
8548945      +EDI: RMSC.COM Aug 21 2013 02:19:00    Gemb/Lowes,   Po Box 981400,   El Paso, TX 79998-1400
8548948      +EDI: HFC.COM Aug 21 2013 02:19:00    Hsbc Bank,   Po Box 19360,   Portland, OR 97280-0360
8736799       EDI: RESURGENT.COM Aug 21 2013 02:19:00    LVNV Funding LLC,   Resurgent Capital Services,
              PO Box 10587,   Greenville, SC 29603-0587
8548949      +EDI: RESURGENT.COM Aug 21 2013 02:19:00    Lvnv Funding,   P.O. B   10584,
              Greenville, SC 29603-0584
8548950       E-mail/Text: bankruptcydepartment@ncogroup.com Aug 21 2013 02:29:51    Nco Fin/51,   Pob 13574,
              Philadelphia, PA 19101-0000
8681596      +EDI: PRA.COM Aug 21 2013 02:19:00    PRA Receivables Management, LLC,
              As Agent Of Portfolio Recovery Assocs.,   POB 41067,   NORFOLK VA 23541-1067
8548952      +EDI: PRA.COM Aug 21 2013 02:19:00    Portfolio,   120 Corporate Blvd, Ste 100,
              Norfolk, VA 23502-4962
8630240      +E-mail/Text: csidl@sbcglobal.net Aug 21 2013 02:30:42    Premier BankCard/Charter,
              P.O. Box 2208,   Vacaville, CA 95696-8208
8548954       EDI: RESURGENT.COM Aug 21 2013 02:19:00    Resurgent Capital Services,   P.O. Box 10465,
              Greenville, SC 29603-0465
8548955      +EDI: RESURGENT.COM Aug 21 2013 02:19:00    Resurgent Capital Services,
              15 S. Main St., Suite 600,   Greenville, SC 29601-2768
8548956      +E-mail/Text: collection@newgenfcu.org Aug 21 2013 02:28:20    Vacap Fcu,   1700 Robin Hood Rd,
              Richmond, VA 23220-1012
8680451       EDI: ECAST.COM Aug 21 2013 02:18:00    eCAST Settlement Corporation assignee of,
              HSBC CONSUMER LENDING USA INC,   POB 35480,   Newark NJ 07193-5480
                                                                                         TOTAL: 23
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           BAC Home Loans Servicing, L.P. fka Countrywide Hom
cr           Deutsche Bank National Trust Company, as
cr           SELECT PORTFOLIO SERVICING, INC.  AS SERVICING AGE
8548932      Alltel,   West Laburnum Avenue
```

```
District/off: 0422-7           User: mullert            Page 2 of 3              Date Rcvd: Aug 20, 2013
                               Form ID: B18W            Total Noticed: 36

8548957*    ++WACHOVIA DEALER SERVICES INC,   BK DEPARTMENT,   PO BOX 19657,   IRVINE CA 92623-9657
              (address filed with court:  Wachdlrserv,   P.O. Box 1697,   Winterville, NC 28590-0000)
8548933     ##+Bcc Financial Manage,   3230 W Commercial Blvd Ste 200,   Fort Lauderdale, FL 33309-3400
8665826     ##CitiFinancial Inc,   P.O. Box 140489,   Irving, TX 75014-0489
8548941     ##+Citifinancia,   Po Box 499,   Hanover, MD 21076-0499
8548953     ##+Portfolio Rc,   287 Independence,   Virginia Beach, VA 23462-2962
                                                                        TOTALS: 4, * 1, ## 4


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 22, 2013**                    **Signature:**    _Joseph Speetjens_

District/off: 0422-7              User: mullert              Page 3 of 3              Date Rcvd: Aug 20, 2013
                                 Form ID: B18W              Total Noticed: 36


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2013 at the address(es) listed below:
          Angela Nicole Watson    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC.   AS SERVICING
           AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS
           OF MORGAN STANLEY ABS CAPITAL I TRUST 2006-HE8, MORTGAGE anwatson@closingsource.net,
           khildebeidel@closingsource.net;vaecf@closingsource.net
          Carl M. Bates    station01@richchap13.com,
           station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.c
           om
          Eric David White    on behalf of Creditor    BAC Home Loans Servicing, L.P. fka Countrywide Home
           Loans Servicing, L.P., as Servicer for Deutsche Bank National Trust Company as Trustee for
           Morgan Stanley ABS Capital I Inc. Trust 2006-HE8, Mortgag ewhite@siwpc.com,
           mfreeman@siwpc.com;klane@siwpc.com;bjordan@siwpc.com;jmuncy@siwpc.com;drubin@siwpc.com;ecfva1@siw
           pc.com;ecfva2@siwpc.com;ecfva3@siwpc.com;bjordan@siwpc.com;
          Eric David White    on behalf of Creditor    Countrywide Home Loans, Inc. ewhite@siwpc.com,
           mfreeman@siwpc.com;klane@siwpc.com;bjordan@siwpc.com;jmuncy@siwpc.com;drubin@siwpc.com;ecfva1@siw
           pc.com;ecfva2@siwpc.com;ecfva3@siwpc.com;bjordan@siwpc.com;
          Richard James Oulton    on behalf of Joint Debtor Jean M Taylor 2debtlawgroup@gmail.com,
           thedebtlawgroupmail@gmail.com;fellows.jl@gmail.com;rchurwitz@gmail.com
          Richard James Oulton    on behalf of Debtor James R Taylor, Sr. 2debtlawgroup@gmail.com,
           thedebtlawgroupmail@gmail.com;fellows.jl@gmail.com;rchurwitz@gmail.com
          Tawana Denise Shephard    on behalf of Creditor    Deutsche Bank National Trust Company, as
           tshephard@closingsource.net,   awatson@closingsource.net;VAECF@closingsource.net
                                                                              TOTAL: 7